**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
EDI MORALES, on behalf of himself and all
other persons similarly situated,

                      Plaintiff,                    **JUDGMENT**
                                                        CV 20-4083 (DRH)(AKT)

   - against -

ZULUAGA FOOD SERVICES, INC., and
HOOVER ZULUAGA,

                      Defendants.
-------------------------------------------------------------X

      A Notice Acceptance of Defendants' Rule 68 Offer of Judgment having been filed by Plaintiff on May 24, 2021, accepting the Defendants' May 24, 2021 offer to have judgment entered against Defendants and in favor of Plaintiff in the total amount of $31,500.00, inclusive of all damages, interest, costs, and reasonable attorneys' fees incurred by Plaintiff in litigating his claims to May 24, 2021, it is

      **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Edi Morales against Defendants Zuluaga Food Services, Inc., and Hoover Zuluaga in the total amount of $31,500.00, inclusive of all damages, interest, costs, and reasonable attorneys' fees incurred by Plaintiff in litigating his claims to May 24, 2021; and that this case is closed.

Dated: May 25, 2021
       Central Islip, New York

                                                                **DOUGLAS C. PALMER**
                                                                 CLERK OF THE COURT
                                                                 By: /s/ James J. Toritto
                                                                 Deputy Clerk